# IN THE UNITED STATE DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| SARAH C. DOZIER, as Administrator of the Estate of KATHRYN JOHNSTON, )<br><br>Plaintiff, )<br><br>v. )<br><br>CITY OF ATLANTA, a Municipal Corporation of the State of Georgia, et al., )<br><br>Defendants. ) | **CIVIL ACTION FILE NO. 1:08-CV-00007-MHS** |

## CITY DEFENDANTS' AMENDED REQUEST FOR FILING OF ORIGINAL DEPOSITION TRANSCRIPTS

**COME NOW**, Defendants the City of Atlanta, Richard Pennington, Chief of Police for the City of Atlanta, Lt. Stacie Gibbs, Maj. Pearlene Williams, Asst. Chief Alan Dreher, Maj. E.R. Finley, Maj. (*sic*) Mathis, Maj. Brooks, Deputy Chief Peter Andresen and Maj. C.J. Davis (hereinafter "City Defendants"), and file their Amended Request to Have Plaintiff File the Deposition Transcripts of the testimony of **CHIEF RICHARD PENNINGTON, MAJOR ERNEST FINLEY, LT. STACIE GIBBS, MAJOR LANE HAGIN, HOLLY BUCHANAN** and **M. SCOTT KREHER**, taken in relation to the above-captioned matter **pursuant to the Protective Order dated May 7, 2009** [Doc. No. 69].

444178-1

Respectfully submitted this 16th day of December, 2009.

                                                      **R. ROGER BHANDARI**
                                                      City Attorney
                                                      Georgia Bar No. 056340

BY:   */s/ Dennis M. Young*
            **DENNIS M. YOUNG**
            Senior Assistant City Attorney
            Georgia Bar No. 781744

            Attorney for City Defendants

**CITY OF ATLANTA LAW DEPARTMENT**
68 Mitchell Street, SW, Suite 4100
Atlanta, GA  30303
(404) 330-6567 (telephone)
(404) 546-8581 (facsimile)
dmyoung@atlantaga.gov

444178-1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LATISHA COLBERT AND HER ) <br> TWO MINOR CHILDREN, AND ) <br> DURIE BAKER, ) <br>   ) <br>   Plaintiffs, ) <br>   ) <br> v. ) <br>   ) <br> THE CITY OF ATLANTA, ) <br> IN CARE OF MAYOR SHIRLEY ) <br> FRANKLIN, ON BEHALF OF THE ) <br> CITY OF ATLANTA POLICE ) <br> DEPARTMENT, ) <br>   ) <br>   Defendant. ) | **CIVIL ACTION CASE NO.** <br> **1:08-CV-0701-CAP** |

## CERTIFICATE OF SERVICE

I hereby certify that on December 16, 2009, I electronically filed the foregoing **CITY DEFENDANTS' AMENDED REQUEST FOR FILING OF ORIGINAL DEPOSITION TRANSCRIPTS** with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification to the following counsel of record:

Hezekiah Sistrunk, Jr., Esq.
Jane Lamberti Sams, Esq.
Shean Williams, Esq.
**COCHRAN, CHERRY, GIVENS, SMITH, SISTRUNK & SAMS, P.C.**
800 The Candler Building
127 Peachtree Street, N.E.
Atlanta, GA 30303

*[continued on next page]*

444178-1

William Mitchell, Esq.
**CRUSER & MITCHELL, LLP**
Meridian II, Suite 2000
275 Scientific Drive
Norcross, GA 30092

Nicholas C. Moraitakis, Esq.
**MORAITAKIS, KISHEL, PEARSON & GARDNER, LLP**
3445 Peachtree Road, N.E., Suite 425
Atlanta, GA 30326

*/s/ Dennis M. Young*
**DENNIS M. YOUNG**
Senior Assistant City Attorney
Georgia Bar No. 781744

**CITY OF ATLANTA LAW DEPARTMENT**
68 Mitchell Street, SW, Suite 4100
Atlanta, GA  30303
(404) 330-6567 (telephone)
(404) 546-8581 (facsimile)
dmyoung@atlantaga.gov

444178-1