# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORIGA
## ATLANTA DIVISION

| | |
|---|---|
| **SARAH C. DOZIER, as Administrator of** : <br> **The Estate of KATHRYN JOHNSTON** : <br> : <br> **Plaintiff,** : <br> : <br> **v.** : <br> : <br> : <br> : <br> **CITY OF ATLANTA, et al.** : <br> : <br> **Defendants.** : | **CIVIL ACTION** <br> **CASE NO.** <br> **1:08CV00007MHS** |

## PLAINTIFF'S NOTICE OF FILING ORIGINAL DISCOVERY

COMES NOW the Plaintiff in the above-styled cause pursuant to Federal Rules of Civil Procedure, and hereby files the following original discovery with the Court:

1. Affidavit of Jason R. Smith;

4. Affidavit of Gregg Junnier;

5. Affidavit of Wilbert Stallings;

6. Deposition of Lt. Stacie Gibbs;

7. Deposition of Deputy Chief Peter Andreson

8. Deposition of Lane Hagin;

9.      Deposition of Chief Richard J. Pennington;

10.     Deposition of Officer Cary Bond;

11.     Deposition of Major E.R. Finley;

12.     Deposition of Holly Buchanan;

13.     Deposition of Sgt. Scott Kreher

14.     Deposition of Assistant Chief Alan Dreher with Amendment;

15.     Deposition of Major Pearlene Williams;

16.     Deposition of Ex-Deputy Chief Marion Brooks;

17.     Deposition of Investigator Paul Vignola;

18.     Deposition of Lt. John Mathis;

19.     Deposition of Ivant T. Fields;

20.     Deposition of Louis Arcangeli; and

21.     Exhibits 1-41 to Depositions

Respectfully submitted,


MORAITAKIS, KUSHEL, PEARSON &
GARDNER, LLP

By: _____

Nicholas C. Moraitakis
Georgia Bar No. 521525

Co-Counsel for Plaintiff Sarah
C. Dozier, Administrator of The
Estate of Kathryn Johnston

3445 Peachtree Road N.E.
Suite 425
Atlanta, Georgia 30326
Phone:  404-261-0016
Fax:     404-261-0024

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have electronically filed the foregoing **PLAINTIFF'S NOTICE OF FILING ORIGINAL DISCOVERY** with the Clerk of Court using the CM/CF system which will automatically send e-mail notification of such filing to the following attorney of record:

Dennis M. Young, Esq.
City of Atlanta Law Department
68 Mitchell Street, S.W.
Suite 4100
Atlanta, GA 30303

Arthur Tesler, *pro se*
4014 Caddie Drive, N.W.
Acworth, GA  30101

Gregg Junnier # 59088-019
Federal Correctional Institution
P.O. Box 1031
Coleman, Florida 33521

This _22 nd_ day of December, 2009.

MORAITAKIS, KUSHEL, PEARSON
& GARDNER, LLP

3445 Peachtree Road N.E.          Nicholas C. Moraitakis
Suite 425                         Ga. Bar No. 521525
Atlanta, GA 30326
404- 261-0016