# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORIGA
# ATLANTA DIVISION

| | |
|---|---|
| SARAH C. DOZIER, as Administrator of The Estate of KATHRYN JOHNSTON | : <br> : |
| Plaintiff, | : <br> : |
| v. | :    CIVIL ACTION <br> :    FILE NO. <br> :    1:08CV00007MHS <br> : |
| CITY OF ATLANTA, et. al. | : <br> : |
| Defendants. | : |

## CERTIFICATE OF SERVICE OF DISCOVERY

Pursuant to Local rule 26.3(A), I hereby certify that on the 22nd day of December, 2009, I electronically filed the following Certificate of Service with the Clerk of the Court using the CM/ECF system:

- **CERTIFICATE OF SERVICE EVIDENCING SERVICE OF PLAINTIFF'S NOTICE OF FILING ORIGINAL DISCOVERY**

and which will send notification of such filing to the following attorneys of record:

Dennis M. Young, and R. Roger Bhandari

I also certify that I deposited Plaintiff's Notice of Filing Original Discovery in the United States Mail with adequate postage attached thereto and addressed as follows:

Dennis M. Young, Esq.
R. Roger Bhandari
City of Atlanta Law Department
68 Mitchell Street, S.W.
Suite 4100
Atlanta, GA 30303

Arthur Tesler, *pro se*
4014 Caddie Drive, N.W.
Acworth, GA 30101

Gregg Junnier # 59088-019
FCI Coleman Low
Federal Correctional Institution
P.O. Box 1031
Coleman, Florida 33521

Respectfully submitted this 22nd day of December, 2009

By: _____
Nicholas C. Moraitakis
Georgia Bar No. 521525

Moraitakis, Kushel, Pearson & Gardner
3445 Peachtree Road, N.E., Suite 425
Atlanta, GA 30326
Phone: 404-261-0016
Fax:    404-261-0024
nmoraitakis@mkpglaw.com

-2-

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have electronically filed the foregoing **CERTIFICATE OF SERVICE OF DISCOVERY FOR PLAINTIFF'S NOTICE OF FILING ORIGINAL DISCOVERY** with the Clerk of Court using the CM/CF system which will automatically send e-mail notification of such filing to the following attorney of record:

Dennis M. Young, Esq.
City of Atlanta Law Department
68 Mitchell Street, S.W.
Suite 4100
Atlanta, GA 30303

Arthur Tesler, *pro se*
4014 Caddie Drive, N.W.
Acworth, GA 30101

Gregg Junnier # 59088-019
FCI Coleman Low
Federal Correctional Institution
P.O. Box 1031
Coleman, Florida 33521

This 22nd day of December, 2009.

                                    MORAITAKIS, KUSHEL, PEARSON
                                    & GARDNER, LLP

3445 Peachtree Road N.E.  
Suite 425                           Nicholas C. Moraitakis  
Atlanta, GA 30326         Ga. Bar No. 521525  
404- 261-0016