IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

SARAH C. DOZIER, as Administrator of )
The Estate of KATHRYN JOHNSTON,      )
                                     )
                                     )
              Plaintiff,             )
                                     )
                                     )   CIVIL ACTION
    vs.                              )   FILE NO.
                                     )   1:08CV00007MHS
                                     )
                                     )
CITY OF ATLANTA, et al.,             )
                                     )
                                     )
              Defendants.            )

                    - - -

Videotaped Deposition of LIEUTENANT STACIE GIBBS, taken on behalf of the Plaintiff, pursuant to Notice and agreement of counsel, in accordance with the Federal Rules of Civil Procedure, before JoRita B. Meyer, RMR, CRR, CCR, at City Hall, 68 Mitchell St., S.W., Suite 4100, Atlanta, Georgia, on the 10th day of July, 2009, commencing at the hour of 10:46 a.m.

-----------------------------------------------------------

REGENCY-BRENTANO, INC.

Certified Court Reporters

13 Corporate Square

Suite 140

Atlanta, Georgia   30329

(404) 321-3333

*FILED IN CLERK'S OFFICE U.S.D.C. Atlanta  DEC 22 2009  JAMES N. HATTEN, Clerk  By: Deputy Clerk*