FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

AUG 2 6 2010

JAMES N. HATTEN, CLERK
By: R. Bachan, Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SARAH C. DOZIER, as Administrator of the Estate of KATHRYN JOHNSTON, : : : | |
| Plaintiff, : | |
| v. : | CIVIL ACTION NO. |
| CITY OF ATLANTA, et al., : | 1:08-CV-0007-MHS |
| Defendants. : | |

## ORDER

City Defendants have failed to respond to the Order to show cause why the protective order entered on May 7, 2009, restricting disclosure of the FBI report on the shooting of Kathryn Johnston should not be vacated and the documents filed under seal because they contain or reference the FBI report should not be unsealed. Order of August 23, 2010. Accordingly, it is hereby ORDERED that

(1) the protective order entered on May 7, 2009 [#69], is VACATED;

(2) City Defendants' request to file under seal City Defendants' reply to plaintiff's response to City Defendants' motion for summary judgment [#161] is DENIED; and

(3) the Clerk is DIRECTED to unseal the following documents:

    (a) City Defendants' motion for summary judgment and supporting documents [#112],

    (b) Deposition of Major Lane Hagin taken on July 9, 2009 [#129],

    (c) City Defendants' response to plaintiff's motion for summary judgment and supporting documents [#156],

    (d) City Defendants' reply to plaintiff's statement of material facts as to which there exists no genuine issue to be tried [#157], and

    (e) City Defendants' reply to plaintiff's response to City Defendants' motion for summary judgment and supporting documents [#162].

IT IS SO ORDERED, this 26 day of August, 2010.

                                    Marvin H. Shoob, Senior Judge
                                    United States District Court
                                    Northern District of Georgia

AO 72A
(Rev.8/82)